UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BEVERLY MULVILLE, *et al.*,

    Plaintiffs,

v.                              CASE No. 8:18-cv-2779-T-TGW

LIFELINK FOUNDATION, INC.,
*et al.*,

    Defendants.
_____

## O R D E R

This cause came on to be heard upon Defendant Lifelink Foundation, Inc.'s Motion to Dismiss With Prejudice Count II of the Amended Complaint (Doc. 43); Defendant Cryolife, Inc.'s Motion to Dismiss Amended Complaint With Prejudice (Doc. 57); Defendant Robbie Black's Motion to Dismiss Amended Complaint With Prejudice (Doc. 67) and the plaintiffs' opposition memoranda (Docs. 50, 74, 80).

As discussed during the hearing, this court lacks personal jurisdiction over defendant Robbie Black. See Rule 12(b)(2), Fed. R. Civ. P. Furthermore, the plaintiffs' Amended Complaint (Doc. 41) is an impermissible shotgun pleading. See Vibe Micro, Inc. v. Shabanets, 878 F.3d

1291, 1295 (11th Cir. 2018)("Courts in the Eleventh Circuit have little tolerance for shotgun pleadings.").

It is, therefore, upon consideration

ORDERED:

1. That Defendant Robbie Black's Motion to Dismiss Amended Complaint With Prejudice (Doc. 67) is **GRANTED to the extent** that Black is **DISMISSED** from this lawsuit for lack of personal jurisdiction pursuant to Rule 12(b)(2), Fed. R. Civ. P.

2. That Defendant Lifelink Foundation, Inc.'s Motion to Dismiss With Prejudice Count II of the Amended Complaint (Doc. 43) is **GRANTED to the extent** that the plaintiffs' Amended Complaint (Doc. 41) is dismissed without prejudice.

3. That Defendant Cryolife, Inc.'s Motion to Dismiss Amended Complaint With Prejudice (Doc. 57) is **GRANTED to the extent** that the plaintiffs' Amended Complaint (Doc. 41) is dismissed without prejudice.

4. That the plaintiffs have **60** days to file a Second Amended Complaint. The defendants have **30** days thereafter to file a responsive pleading.

It is further ORDERED:

That the discovery stay as to Defendant, CryoLife, Inc. (Doc. 64) is hereby **LIFTED**.

DONE and ORDERED at Tampa, Florida, this 12th day of July, 2019.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE