UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DUANE MULVILLE, by and through his
successor-in-interest BEVERLY
MULVILLE; ESTATE OF DUANE
MULVILLE;
BEVERLY MULVILLE; RYAN JACK MULVILLE;
ELIZABETH MULVILLE; ALLISON MULVILLE;
MINOR PLAINTIFF VGM; MINOR PLAINTIFF
ALM; MINOR PLAINTIFF HLM;

      Plaintiffs,

vs.                      Case No. 8:18-cv-02779- TGW

LIFELINK FOUNDATION, INC.; LIFELINK
FOUNDATION, INC. doing business as
LIFELINK OF GEORGIA; TERESA ARMSTRONG;
DANIEL SCHULTZ; CRYOLIFE, INC.; MR.
HAWK; MR. HOCK; ROBBIE BLACK; and
DOES 1-200; inclusive,

      Defendants.

_____/

**PLAINTIFFS' NOTICE OF SETTLEMENT**

   Plaintiffs, Beverly Mulville; Ryan Jack Mulville; Elizabeth Mulville; Allison Mulville; Minor Plaintiff  VGM; Minor Plaintiff ALM; Minor Plaintiff HLM (collectively "Plaintiffs") respectfully via their counsel advise the Court that the remaining parties have settled all of Plaintiffs' claims in this action. Upon execution of the draft settlement document, and exchanges pursuant to its terms, Plaintiffs' counsel will file a request for dismissal with prejudice.

                    s/Larson

                    _____

                    Karen Larson, Local Counsel
                    Florida Bar No. 0765686

Primary E-mail:
Karen.a.larson@gmail.com
Century Law Group
751 Orchid Court
Marco Island Florida  34145
Tel.: 239-259-0738

s/Zelig

_____

Steven Zelig (State Bar No. 94654)
**WLA LEGAL SERVICES, Inc.**
1543 7th St 3rd Floor
Santa Monica, CA 90401
Telephone: (310) 393-6702 Facsimile:
(310) 393-6703
slz@brentwoodls.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed by CM/ECF electronic filing which will send a notice of electronic filing and copy to the parties counsel of record:  Richard M. Hanchett, Esquire, rhanchett@trenam.com; achrisman@trenam.com, Brigid A. Merenda, Esquire, bmerenda@trenam.com; ranctil@trenam.com; and Anne C. Leonard, Esquire, aleonard@trenam.com; jamer@trenam.com of TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.A., 101 East Kennedy Boulevard, Suite 2700, Post Office Box 1102, Tampa, Florida  33601; Jason H. Okleshen, Esquire. okleshenj@gtlaw.com , whitfieldd@gtlaw.com, Janna S. Nugent, Esquire.,nugentj@gtlaw.com, Vitaliy Kats, Esquire. katsv@gtlaw.com , dunnl@gtlaw.com, of GREENBERG TRAURIG, P.A.777 South Flagler Drive, Suite 300 East West Palm Beach, FL 33401, GREENBERG TRAURIG, LLP,Terminus 200.

s/Larson

_____

Karen Larson, Local Counsel
Florida Bar No. 0765686
Primary E-mail: Karen.a.larson@gmail.com
Century Law Group
751 Orchid Court
Marco Island Florida  34145
Tel.: 239-259-0738